# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MARTIN, | No. 2:15-cv-01480-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation for an extension of time filed on December 14, 2015, ECF No. 12, THE COURT HEREBY ORDERS that plaintiff's deadline to file a motion for summary judgment is extended to January 15, 2016, with all other deadlines extended accordingly.

DATED: December 18, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1