UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-cv-01480-AC<br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(c)(15). On February 2, 2016, plaintiff filed a stipulation and proposed order for the extension of her deadline to file a motion for summary judgment from January 15, 2016, to February 12, 2016. ECF No. 14. In accordance with the parties' stipulation, THE COURT HEREBY ORDERS that plaintiff's deadline to file a motion for summary judgment is extended to February 12, 2016, with all other deadlines extended accordingly.

DATED: February 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE