UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01480-AC<br><br><br><br>ORDER |

On March 28, 2016, plaintiff requested an extension of time to file a motion for summary judgement from February 12, 2016, to April 4, 2016. ECF No. 16. According to plaintiff's counsel, she failed to file a timely motion for summary judgment because she neglected to properly calendar this matter. Id. This is the third extension of time plaintiff has requested. See ECF Nos. 13, 15, 16. Good cause being shown, the court will grant plaintiff's motion. The court also, however, warns plaintiff that it will be reluctant to grant any further motions for extension of time based on counsel's mistake.

In accordance with the foregoing, THE COURT HEREBY ORDERS that:

1. Plaintiff's motion for extension of time, ECF No. 16, is GRANTED.

///

///

1

2. Plaintiff must file a motion for summary judgment by April 4, 2016.

DATED: March 31, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE