1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
8       Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE MARTIN, | Civil No. 2:15-cv-01480-AC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload and because of an upcoming family trip to Taiwan following the passing of the undersigned's grandfather.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Monday, June 20, 2016.

Respectfully submitted,

Date: *May 12, 2016*  LAW OFFICE OF BESS M. BREWER

By: */s/ Bess Brewer*  
BESS BREWER  
*\* By email authorization on May 12, 2016*  
Attorney for Plaintiff

Date: *May 12, 2016*  BENJAMIN B. WAGNER  
United States Attorney

By: */s/ Jeffrey Chen*  
JEFFREY CHEN  
Special Assistant United States Attorney  
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: May 20, 2016

HONORABLE ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2