1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5        Social Security Administration
6        160 Spear Street, Suite 800
         San Francisco, CA  94105
7        Telephone: (415) 977-8939
         Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| KATHERINE MARTIN, | ) Civil No. 2:15-cv-01480-AC |
|---|---|
| Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** ) **FOR A SECOND EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER** ) **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy accumulated workload resulting from his two week absence from the office in Taiwan, including a Ninth Circuit merits brief that is due to be filed on Friday, June 24.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, July 20, 2016.

                                        Respectfully submitted,

Date: *June 20, 2016*                  LAW OFFICE OF BESS M. BREWER

                                By:   */s/ Bess Brewer\**
                                           BESS BREWER
                                           *\* By email authorization on June 20, 2016*
                                           Attorney for Plaintiff

Date: *June 20, 2016*                  BENJAMIN B. WAGNER
                                           United States Attorney

                                By:   */s/ Jeffrey Chen*
                                           JEFFREY CHEN
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

                                           <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:   *June 21, 2016*

                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ