| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | JEFFREY CHEN, CSBN 260516 |
| | Special Assistant United States Attorney |
| 5 |    Social Security Administration |
| 6 |    160 Spear Street, Suite 800 |
| |    San Francisco, CA  94105 |
| 7 |    Telephone: (415) 977-8939 |
| |    Facsimile: (415) 744-0134 |
| 8 |    Email: Jeffrey.Chen@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| KATHERINE MARTIN, | ) | Civil No. 2:15-cv-01480-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| | ) | **FOR A THIRD EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload and because a recent illness caused the undersigned to miss time from the office.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, August 3, 2016.

                                            Respectfully submitted,

Date: *July 20, 2016*                    LAW OFFICE OF BESS M. BREWER

                                By:    */s/ Bess Brewer*\*
                                                 BESS BREWER
                                                 *\* By email authorization on July 20, 2016*
                                                 Attorney for Plaintiff

Date: *July 20, 2016*                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                            By:    */s/ Jeffrey Chen*
                                                 JEFFREY CHEN
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

                                                 <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:    *July 21, 2016*                 /s/ Allison Claire
                                                 HONORABLE ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ