UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-cv-01480 AC<br><br><br><u>ORDER</u> |

    Plaintiff has filed a motion seeking attorney's fees under the Equal Access to Justice Act ("EAJA") 42 U.S.C. § 405(g). ECF No. 29. Accordingly, IT IS HEREBY ORDERED that defendant shall file a response not later than 30 days from the date of this order. Plaintiff's Reply, if any, shall be filed no later than 21 days from the date defendant's response is filed.

DATED: June 30, 2017

    */s/ Allison Claire*
    ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE